IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

LISA HARVEY,

    Plaintiff,

v.                                             Civil Action No. 3:15-CV-58
                                              Honorable Chief Judge Gina M. Groh

RANSON GOLDEN HORSESHOE, INC.
And LINDA SULLIVAN

    Defendants.

**RENEWED
JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND
ENTRY OF AN ORDER OF DISMISSAL**

Plaintiff, Lisa Harvey and Defendants Ranson Golden Horseshoe, Inc. and Linda L. Sullivan (collectively, the "Parties"), renew their previously-filed motion for court-approval of the settlement agreement and the entry of an order of dismissal of Plaintiff's claims in this action. In response to the Court's Order of February 22, 2016, the Parties have attached a copy of the proposed settlement agreement as Exhibit A for the review and consideration of this Court.

The Parties maintain that the Agreement represents a fair and reasonable compromise of disputed issues under the FLSA, as well as the Plaintiff's state law claims, and the Parties' have entered into the Agreement after consultation with counsel. Accordingly, the Parties respectfully request that the Court enter an Order approving the Parties' proposed Settlement Agreement and dismissing Plaintiff's claims in this action with prejudice.

Dated this 3rd day of March, 2016.

7127214

Respectfully Submitted,

/s/ Garry G. Geffert

_____
Garry G. Geffert (WV Bar No.
P.O. Box 2281
Martinsburg, WV 25042

and

Gregg Greenberg
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910

**Counsel for Plaintiff**

/s/ Tracey B. Eberling

_____
Tracey B. Eberling (WV Bar No. 6306)
Steptoe & Johnson PLLC
1250 Edwin Miller Blvd.
PO Box 2629
Martinsburg, WV 25402-2629
304-263-6991

**Counsel for Defendant**

7127214

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**LISA HARVEY,**

    **Plaintiff,**

v.                                               Civil Action No. 3:15-CV-58
                                                 Honorable Chief Judge Gina M. Groh

**RANSON GOLDEN HORSESHOE, INC.
And LINDA SULLIVAN**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Tracey B. Eberling, counsel for Defendants, hereby certify that I have served a true and exact copy of the foregoing *Renewed Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal* on the following counsel of record, via CM/ECF, this 3rd day of March, 2016 as follows:

    Garry G. Geffert
    P.O. Box 2281
    Martinsburg, WV 25042

    Gregg Greenberg
    Zipin, Amster & Greenberg, LLC
    836 Bonifant Street
    Silver Spring, MD 20910

                                             /s/ Tracey B. Eberling
                                             Tracey B. Eberling

7127214